No. 76–5633.  WALLACE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–5647.  DAVIS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–5651.  LEWIS v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 76–5673.  SHOEMAKER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 76–5674.  RAMIREZ-RODRIQUEZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 76–198.  LOUISIANA v. MORA.  Sup. Ct. La.  Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 76–254.  VERIT INDUSTRIES ET AL. v. OHASHI.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE STEWART would grant certiorari.

No. 76–531.  ARKANSAS DEPARTMENT OF LABOR v. FAIRFIELD COMMUNITIES LAND Co.  Sup. Ct. Ark.  Certiorari denied.  MR. JUSTICE STEWART would grant certiorari.